# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA TAEVONNE Q. TATUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00334 JLT EPG (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT'S ORDERS, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 8) |

Plaintiff Da Taevonne Q. Tatum is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court referred the matter to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

After Plaintiff failed to submit an application to proceed *in forma pauperis* or pay the filing fee, the Court issued an order on March 22, 2024, giving Plaintiff thirty days to do either and warning of dismissal if Plaintiff failed to comply. (Doc. 6.) The thirty-day period had expired, but Plaintiff failed to pay the filing fee, submit an IFP application, or otherwise respond to the Court's order.

The assigned magistrate then issued Findings and Recommendations on April 29, 2024 that this case be dismissed without prejudice for failure to prosecute and failure to comply with Court's orders. (Doc. 8.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections—or a completed *in forma pauperis* application—were due within

1

30 days. (Doc. 8 at 2.) Plaintiff has not filed any objections to the Findings and Recommendations or an application to proceed *in forma pauperis*, and the time to do so has lapsed.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 29, 2024 (Doc. 8) are **ADOPTED** in full.
2. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with Court's orders.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 30, 2024**

UNITED STATES DISTRICT JUDGE

2